No. 85–1225.   BAKER v. WADE, DISTRICT ATTORNEY OF DALLAS COUNTY, TEXAS, ET AL.;

No. 85–1251.   TEXAS v. HILL, 47TH DISTRICT ATTORNEY OF TEXAS;

No. 85–1412.   HILL, 47TH DISTRICT ATTORNEY OF TEXAS v. TEXAS; and

No. 85–1512.   HILL, 47TH DISTRICT ATTORNEY OF TEXAS, ET AL. v. BAKER.   C. A. 5th Cir.   Certiorari denied.   JUSTICE MARSHALL would grant certiorari.   Reported below: 769 F. 2d 289 and 774 F. 2d 1285.

No. 85–1317.   TUCKER v. UNITED STATES.   C. A. 7th Cir. Certiorari denied.   JUSTICE MARSHALL would grant certiorari.

No. 85–5802.   BROOKS v. KEMP, WARDEN.   C. A. 11th Cir. Certiorari denied.   JUSTICE MARSHALL would grant certiorari.

No. 85–6022.   CHURCH v. KINCHELOE, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY.   C. A. 9th Cir.   Certiorari denied.   JUSTICE MARSHALL would grant certiorari.

No. 85–6240.   HAMILTON v. LOUISIANA.   Sup. Ct. La.   Certiorari denied.   JUSTICE MARSHALL would grant certiorari.

No. 85–1583.   JOHNS-MANVILLE SALES CORP. ET AL. v. JACKSON.   C. A. 5th Cir.   Motion of Keene Corp. for leave to file a brief as *amicus curiae* granted.   Certiorari denied.